**DENY and Opinion Filed October 12, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00822-CV

## IN RE WILLIAM LISLE AND SMITH LISLE HOLDINGS, LTD., Relators

### Original Proceeding from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-00639-2015

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Nowell

Relators ask the trial court for a writ of mandamus to vacate an order enforcing a permanent injunction and an order denying approval of relators' proposed solution to a drainage problem. Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition, the response, the reply, and the record before us, we conclude relators have not shown they are entitled to mandamus relief.

Accordingly, we deny the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

/Erin A. Nowell/

ERIN A. NOWELL
JUSTICE

220822f.p05